```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                       PENSACOLA DIVISION
```

IN RE:                                   CASE NO. 09-31481-PNS3
                                         CHAPTER 13
CORDIS DALE BLACKWOOD
DEBORAH ANN BLACKWOOD

_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

  1.  The Trustee has issued check(s) FOR:SPIRIT OF AMERICA ANTIONAL BANK which remains outstanding and uncleared.

  2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

  3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 413992 in the amount of 20.29 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| CORDIS DALE BLACKWOOD<br>DEBORAH ANN BLACKWOOD<br>305 GOLDENROD CT<br>NICEVILLE, FL  32578 | SPIRIT OF AMERICA NATIONAL<br>BANK/LANE BRYANT<br>FIRST EXPRESS<br>PO BOX 856132<br>LOUISVILLE, KY 40285-6132 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

5/31/2011  3:23 pm / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE